**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on August 11, 2021**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :   **CRIMINAL NO. 21-CR-563** |
| | : |
| **v.** | :   **VIOLATIONS:** |
| | :   **18 U.S.C. §§ 231(a)(3), and 2** |
| **VICTORIA WHITE,** | :   **(Civil Disorder and Aiding and Abetting)** |
| | :   **18 U.S.C. § 1752(a)(1)** |
|       **Defendant.** | :   **(Entering and Remaining in a Restricted** |
| | :   **Building or Grounds)** |
| | :   **18 U.S.C. § 1752(a)(2)** |
| | :   **(Disorderly and Disruptive Conduct in a** |
| | :   **Restricted Building or Grounds)** |
| | :   **40 U.S.C. § 5104(e)(2)(D)** |
| | :   **(Disorderly Conduct in a Capitol Building** |
| | :   **or Grounds)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **VICTORIA WHITE**, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

> **(Civil Disorder and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 231(a)(3) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **VICTORIA WHITE**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **VICTORIA WHITE**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **VICTORIA WHITE**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct

in that building of a hearing before or any deliberation of, a committee of Congress or either House

of Congress.

**(Disorderly Conduct in a Capitol Building or Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

A TRUE BILL:


FOREPERSON.

Matthew M. Graves

Attorney of the United States in
and for the District of Columbia.

3

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia ▼

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>VICTORIA CHARITY WHITE | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 21-cr-563-JDB<br>USM Number: 38713-509<br><br>Zachary D. Crowdes<br>Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)  One (1s) of Superseding Indictment filed on 1/26/2022.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:231(a)(3) and 2 | Civil Disorder and Aiding and Abetting | 1/6/2021 | 1s |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)  1-4 and 2s-4s  ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/20/2023
Date of Imposition of Judgment

John D. Bates   Digitally signed by John D. Bates
Date: 2023.11.22 11:34:22 -05'00'
Signature of Judge

John D. Bates, U.S. District Judge
Name and Title of Judge

11/22/2023
Date

Case 1:21-cr-00563-JDB Document 92 Filed 01/17/23 Page 5 of 27

DEFENDANT: VICTORIA CHARITY WHITE
CASE NUMBER: 21-cr-563-JDB

# PROBATION

You are hereby sentenced to probation for a term of:

24 Months (2 years) of Probation on Count 1s.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☑ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Judgment—Page ___3___ of ___6___

DEFENDANT: VICTORIA CHARITY WHITE
CASE NUMBER: 21-cr-563-JDB

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

Judgment—Page ___4___ of ___6___

DEFENDANT:  VICTORIA CHARITY WHITE
CASE NUMBER:  21-cr-563-JDB

# SPECIAL CONDITIONS OF SUPERVISION

- The Court authorizes supervision and jurisdiction of this case be transferred to the United States District Court for the District of Minnesota.

- Intermittent Confinement: You must serve a total of 8 days of intermittent confinement, which shall be served over four consecutive weekends, beginning at 8am on Saturday and ending at 8am on Monday, at a facility designated by the Bureau of Prisons. You must follow the rules and regulations of the facility in which you are designated.

- Location Monitoring: Following the completion of the intermittent confinement, you will be monitored by the form of location monitoring technology indicated herein for a period of 90 days, and you must follow the rules and regulations of the location monitoring program. The cost of the program is waived. Location monitoring technology at the discretion of the probation officer, including: Radio Frequency (RF) Monitoring; GPS Monitoring (including hybrid GPS); SmartLINK; or Voice Recognition. This form of location monitoring technology will be used to monitor the following restriction on your movement in the community: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Probation Officer (Home Detention).

- Re-entry Progress Hearing: Within forty-five days of release from incarceration you will appear before the Court for a re-entry progress hearing. The United States Probation Office in the district in which you are supervised will submit a progress report to the court within the thirty days of the commencement of supervision; and upon receipt of the progress report, the Court will determine if your appearance is required.

- Substance Abuse Testing: You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

- Mental Health Treatment: You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

- Financial Information Disclosure: You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

- Financial Restrictions: You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

- Financial Payment: If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the Court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

- Restitution Obligation: You are ordered to make restitution in the amount of $2,000 to the Architect of the Capitol.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT: VICTORIA CHARITY WHITE
CASE NUMBER: 21-cr-563-JDB

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Payable to the Clerk of the Court for the | | | |
| United States Disrict Court for the District | | | |
| of Columbia for disbursement to the following | | | |
| victim: | | | |
| | | | |
| Architect of the Capitol | | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building, Room H2-205B | | | |
| Washington, DC 20515 | | | |

| TOTALS | $ _____0.00_____ | $ _____2,000.00_____ |
|---|---|---|

☑ Restitution amount ordered pursuant to plea agreement $ __2,000.00__

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the    ☐ fine    ☑ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 6 — Schedule of Payments

DEFENDANT:  VICTORIA CHARITY WHITE
CASE NUMBER:  21-cr-563-JDB

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☑  Lump sum payment of $ __100.00__  due immediately, balance due

    ☐  not later than _____ , or

    ☑  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑  F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☑  Payment in equal  __monthly__  (e.g., weekly, monthly, quarterly) installments of  $ __200.00__  over a period of
    __10 months__  (e.g., months or years), to commence _____ after the date of this judgment; or

**D**  ☐  Payment in equal  _____  (e.g., weekly, monthly, quarterly) installments of  $ _____  over a period of
    _____  (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

    The financial obligations are immediately payable to the Clerk of the Court for the U.S. District
    Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of
    address, you shall notify the Clerk of the Court of the change until such time as the financial
    obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00563-JDB-1

Case title: USA v. WHITE                          Date Filed: 09/08/2021

Magistrate judge case number:  1:21-mj-00356-ZMF

Assigned to: Judge John D. Bates

**Defendant (1)**

**VICTORIA CHARITY WHITE**                represented by    **Brad Hansen**
FEDERAL PUBLIC DEFENDER'S
OFFICE
Northern and Southern Districts of Iowa
400 Locust Street
Suite 340
Des Moines, IA 50309
515-309-9610
Fax: 515-309-9625
Email: brad_hansen@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Zachary D. Crowdes**
FEDERAL PUBLIC DEFENDER'S
OFFICE
222 Third Avenue SE
Suite 290
Cedar Rapids, IA 52401
319-363-9540
Email: zach_crowdes@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Edward L. Tarpley , Jr.**
EDWARD L. TARPLEY, JR.,
ATTORNEY AT LAW
819 Johnston Street

Alexandria, LA 71301
(318) 487-1460
Fax: (318) 487-1462
Email: edwardtarpley@att.net
*TERMINATED: 05/08/2023*
*Designation: Retained*

**John M. Pierce**
JOHN PIERCE LAW P.C.
21550 Oxnard Street
Suite 3rd Floor OMB #172
Woodland Hills, CA 91367
213-400-0725
Email: jpierce@johnpiercelaw.com
*TERMINATED: 09/08/2021*
*Designation: Retained*

**Joseph Daniel McBride**
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue
25th Floor
New York, NY 10016
917-757-9537
Fax: 646-219-2012
Email: jmcbride@mcbridelawnyc.com
*TERMINATED: 07/08/2022*
*Designation: Retained*

**Michelle M. Peterson**
FEDERAL PUBLIC DEFENDER FOR
THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500 ext 125
Fax: (202) 208-7515
Email: shelli_peterson@fd.org
*TERMINATED: 03/22/2023*
*Designation: Public Defender or
Community Defender Appointment*

**Nicole Ann Cubbage**
LAW OFFICE OF NICOLE CUBBAGE
712 H. Street NE
Unit 570
Washington, DC 20002
703-209-4546
Email: cubbagelaw@gmail.com
*TERMINATED: 03/22/2023*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| | CASE TRANSFERRED TO THE U.S. District Court for the District of Minnesota ON 1/2/2024; Defendant sentenced to twenty-four (24) months of Probation; Special Assessment of $100; Restitution of $2000. |
| 18:231(a)(3) and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting (1s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:231(a)(3) and 2; CIVIL DISORDER; Civil Disorder and Aiding and Abetting. (1) | DISMISSED ON GOVERNMENT'S ORAL MOTION. |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds. (2) | DISMISSED ON GOVERNMENT'S ORAL MOTION. |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (2s) | DISMISSED ON GOVERNMENT'S ORAL MOTION. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds. (3) | DISMISSED ON GOVERNMENT'S ORAL MOTION. |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3s) | DISMISSED ON GOVERNMENT'S ORAL MOTION. |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building or Grounds. (4) | DISMISSED ON GOVERNMENT'S ORAL MOTION. |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building or Grounds (4s) | DISMISSED ON GOVERNMENT'S ORAL MOTION. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| COMPLAINT in Violation of 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D), 40:5104(e)(2)(G), 18:231(a)(3) and 18:1512(c)(2) | |

---

**Plaintiff**

| **USA** | represented by | **Allison Kim Ethen** |
| --- | --- | --- |

represented by    **Allison Kim Ethen**
USAO
300 South 4th Street
Minneapolis, MN 55415
612-664-5575
Email: allison.ethen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Christopher Amore**
DOJ-USAO
District of New Jersey
970 Broad Street
Ste 700
Newark, NJ 07102
973-645-2757
Email: christopher.amore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Shalin Nohria**
United States Attorney's Office
601 D Street NW
Suite Office 6.713
Washington, DC 20001
(202) 344-5763
Email: shalin.nohria@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Alison Prout**
DOJ-USAO
Northern District of Georgia

Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-581-6105
Email: alison.prout@usdoj.gov
*TERMINATED: 09/08/2021*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2021 | 1 | SEALED COMPLAINT as to VICTORIA CHARITY WHITE (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21-mj-00356-ZMF] (Entered: 04/08/2021) |
| 04/07/2021 | 3 | MOTION to Seal Case by USA as to VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21-mj-00356-ZMF] (Entered: 04/08/2021) |
| 04/07/2021 | 4 | ORDER granting 3 Motion to Seal Case as to VICTORIA CHARITY WHITE (1). Signed by Magistrate Judge Zia M. Faruqui on 04/07/2021. (zstd) [1:21-mj-00356-ZMF] (Entered: 04/08/2021) |
| 04/08/2021 | 5 | Arrest Warrant Returned Executed on 4/8/2021 in Rochester, MN as to VICTORIA CHARITY WHITE. (bb) [1:21-mj-00356-ZMF] (Entered: 04/14/2021) |
| 04/08/2021 | | Case unsealed as to VICTORIA CHARITY WHITE (bb) [1:21-mj-00356-ZMF] (Entered: 04/14/2021) |
| 04/08/2021 | | Arrest of VICTORIA CHARITY WHITE in Minnesota. (ztnr) [1:21-mj-00356-ZMF] (Entered: 04/15/2021) |
| 04/08/2021 | 7 | Rule 5(c)(3) Documents Received as to VICTORIA CHARITY WHITE from US District Court for the District of Minnesota Case Number 21-mj-283 BRT (bb) [1:21-mj-00356-ZMF] (Entered: 04/22/2021) |
| 04/08/2021 | | Arrest of VICTORIA CHARITY WHITE in US District Court for the District of Minnesota. (bb) [1:21-mj-00356-ZMF] (Entered: 04/22/2021) |
| 04/22/2021 | | ORAL MOTION for Speedy Trial Waiver by USA as to VICTORIA CHARITY WHITE (1). (zpt) [1:21-mj-00356-ZMF] (Entered: 04/22/2021) |
| 04/22/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to VICTORIA CHARITY WHITE (1) held on 4/22/2021. Government does not seek the Defendant's pretrial detention. Defendant expresses intent to waive right to a preliminary hearing. Oral Motion by the Government for Speedy Trial Waiver as to VICTORIA CHARITY WHITE (1) Heard and Granted. Time between 4/22/2021 and 6/21/2021 (61 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X-T. Status Hearing set for 6/21/2021 at 01:00 PM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Placed on Personal Recognizance; Court Reporter: FTR-Gold FTR Time Frame: CTRM 6 [1:16:18-1:31:06], [1:54:12-2:00:46]; Defense Attorney: James Kelly; US Attorney: Jacob Steiner for Christopher Amore; Pretrial Officer: Shay Holman; (zpt) [1:21-mj-00356-ZMF] (Entered: 04/22/2021) |
| 04/22/2021 | | MINUTE ORDER as to VICTORIA CHARITY WHITE (1). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may |

| | | |
|---|---|---|
| | | result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 4/22/2021. (zpt) [1:21-mj-00356-ZMF] (Entered: 04/22/2021) |
| 04/22/2021 | 8 | ORDER Setting Conditions of Release as to VICTORIA CHARITY WHITE (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 4/22/2021. (zpt) (Additional attachment(s) added on 4/25/2021: # 1 Appearance Bond) (zpt). [1:21-mj-00356-ZMF] (Entered: 04/25/2021) |
| 06/09/2021 | 9 | Unopposed MOTION for Protective Order by USA as to VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order Protective Order)(Amore, Christopher) [1:21-mj-00356-ZMF] (Entered: 06/09/2021) |
| 06/10/2021 | 10 | NOTICE OF ATTORNEY APPEARANCE: John M. Pierce appearing for VICTORIA CHARITY WHITE (Pierce, John) [1:21-mj-00356-ZMF] (Entered: 06/10/2021) |
| 06/11/2021 | 11 | ORDER granting 9 Motion for Protective Order as to VICTORIA CHARITY WHITE (1). Signed by Magistrate Judge Zia M. Faruqui on 6/11/2021. (ztl) [1:21-mj-00356-ZMF] (Entered: 06/14/2021) |
| 06/16/2021 | 12 | Unopposed MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* by USA as to VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order to Continue and Exclude Time Under the Speedy Trial Act)(Amore, Christopher) [1:21-mj-00356-ZMF] (Entered: 06/16/2021) |
| 06/16/2021 | 13 | ORDER granting 12 Unopposed Motion by USA to Continue and to Exclude Time Under the Speedy Trial Act as to VICTORIA CHARITY WHITE; continuing the Status Hearing scheduled for 6/21/2021 to 1:00 PM on 8/20/2021 by telephonic/VTC before Magistrate Judge Robin M. Meriweather; excluding the time between 6/21/2021 and 8/20/2021 from calculation under the Speedy Trial Act in the interest of justice; signed by Magistrate Judge Zia M. Faruqui on 6/16/2021. (kk) [1:21-mj-00356-ZMF] (Entered: 06/17/2021) |
| 06/16/2021 | 14 | MOTION to Exclude Speedy Trial Time by USA as to VICTORIA CHARITY WHITE. (See Docket Entry 12 to view document). (znmw) [1:21-mj-00356-ZMF] (Entered: 06/24/2021) |
| 08/18/2021 | 16 | Second MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* by USA as to VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order to Continue and Exclude Time Under the Speedy Trial Act)(Amore, Christopher) [1:21-mj-00356-ZMF] (Entered: 08/18/2021) |
| 08/18/2021 | 17 | MOTION to Exclude Time Under the Speedy Trial Act by USA as to VICTORIA CHARITY WHITE. (See DE 16 to view document). (bb) [1:21-mj-00356-ZMF] (Entered: 08/23/2021) |
| 08/20/2021 | 20 | ORDER granting 16 / 17 Motion by USA to Continue and to Exclude Time Under the Speedy Trial Act as to Defendant VICTORIA CHARITY WHITE : continuing the Status Hearing scheduled for 8/20/2021 for 31 days to 9/20/2021 at 1:00 PM by telephonic/VTC before Magistrate Judge Zia M. Faruqui; excluding the time between 8/20/2021 and 9/20/2021 from calculation under the Speedy Trial Act in the interest of justice; signed by Magistrate Judge Robin M. Meriweather on 8/20/2021. (kk) [1:21-mj-00356-ZMF] (Entered: 09/07/2021) |

| 08/30/2021 | 18 | NOTICE *Regarding Defense Counsel* by USA as to VICTORIA CHARITY WHITE (Amore, Christopher) [1:21-mj-00356-ZMF] (Entered: 08/30/2021) |
|---|---|---|
| 09/02/2021 | | Set/Reset Hearings as to VICTORIA CHARITY WHITE:Ascertainment of Counsel/Status Hearing set for 9/3/2021 at 2:00 PM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. (ztl) [1:21-mj-00356-ZMF] (Entered: 09/02/2021) |
| 09/03/2021 | | ORAL MOTION for Speedy Trial by USA as to VICTORIA CHARITY WHITE. (ztl) [1:21-mj-00356-ZMF] (Entered: 09/08/2021) |
| 09/03/2021 | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Ascertainment of Counsel/Status Hearing as to VICTORIA CHARITY WHITE held on 9/3/2021. Defendant present by video. Michelle Peterson appointed as Interim Counsel. John Pierce terminated as counsel. Oral Motion by the Government for Speedy Trial as to VICTORIA CHARITY WHITE (1); heard and granted. Speedy Trial excluded from 9/3/2021 through 9/17/2021 in the Interest of Justice (XT). Status Hearing set for 9/17/2021 at 11:30 AM by Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: FTR-Gold; FTR Time Frame: Ctrm 4: [1:59:30-2:42:05]; Defense Attorney: Michelle Peterson; US Attorney: Christopher Amore; Pretrial Officer: Christine Schuck. (ztl) [1:21-mj-00356-ZMF] (Entered: 09/08/2021) |
| 09/07/2021 | 19 | NOTICE OF ATTORNEY APPEARANCE: Michelle M. Peterson appearing for VICTORIA CHARITY WHITE (Peterson, Michelle) [1:21-mj-00356-ZMF] (Entered: 09/07/2021) |
| 09/08/2021 | 22 | INDICTMENT as to VICTORIA CHARITY WHITE (1) count(s) 1, 2, 3, 4. (zhsj) (Entered: 09/09/2021) |
| 09/09/2021 | 24 | NOTICE *of Filing* by VICTORIA CHARITY WHITE (Attachments: # 1 Defendant's Agreement)(Peterson, Michelle) (Entered: 09/09/2021) |
| 09/09/2021 | | Set/Reset Hearings as to VICTORIA CHARITY WHITE: Arraignment set for 9/15/2021 at 11:30 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 09/09/2021) |
| 09/14/2021 | | MINUTE ORDER: The status hearing currently scheduled for 9/17/21 before Magistrate Judge Zia M. Faruqui is hereby VACATED, as the government has formally charged VICTORIA CHARITY WHITE and an Arraignment is scheduled for 9/15/2021 at 11:30 AM by Telephonic/VTC before Judge John D. Bates. Signed by Magistrate Judge Zia M. Faruqui on 9/14/2021. (ztl) (Entered: 09/14/2021) |
| 09/15/2021 | | Minute Entry: Arraignment as to VICTORIA CHARITY WHITE (1) held on 9/15/2021 before Judge John D. Bates on Counts 1,2,3 and 4: Plea of NOT GUILTY entered by VICTORIA CHARITY WHITE as to all counts. Government will file discovery memorandum shortly. Status Conference set for 11/16/2021 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 09/15/2021 and 11/16/2021 shall be excluded from the speedy trial calculation. Defendant remins on release. Court Reporter: Lisa Moreira; Defense Attorney: Michelle Peterson; US Attorney: Christopher Amore. (tb) (Entered: 09/16/2021) |
| 10/29/2021 | 26 | NOTICE *of Filing of Discovery Status Memos* by USA as to VICTORIA CHARITY WHITE (Attachments: # 1 Exhibit 1 - July 12, 2021 Discovery Status Memo, # 2 Exhibit A to July 12, 2021 Discovery Status Memo, # 3 Exhibit 2 - Aug. 23, 2021 |

| | | |
|---|---|---|
| | | Discovery Status Memo, # 4 Exhibit 3 - Sept. 14, 2021 Discovery Status Memo)(Amore, Christopher) (Entered: 10/29/2021) |
| 11/09/2021 | 27 | STATUS REPORT *Regarding Discovery as of November 5, 2021* by USA as to VICTORIA CHARITY WHITE (Amore, Christopher) (Main Document 27 replaced on 11/10/2021) (zhsj). (Entered: 11/09/2021) |
| 11/12/2021 | 28 | Unopposed MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* by USA as to VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order to Continue and Exclude Time Under the Speedy Trial Act)(Amore, Christopher) (Entered: 11/12/2021) |
| 11/12/2021 | 29 | MOTION to Exclude Time Under the Speedy Trial Act by USA as to VICTORIA CHARITY WHITE. (See Docket Entry 28 to View Document). (zhsj) (Entered: 11/15/2021) |
| 11/15/2021 | | MINUTE ORDER as to VICTORIA CHARITY WHITE: Granting 28 Unopposed MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* filed by USA. Status Conference reset for 2/16/2022 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 11/16/2021 and 02/16/2022 shall be excluded from the speedy trial calculation. SO ORDERED by Judge John D. Bates on 11/12/2021. (tb) Modified on 11/16/2021 (tb). (Entered: 11/15/2021) |
| 12/13/2021 | 30 | NOTICE OF ATTORNEY APPEARANCE: Joseph Daniel McBride appearing for VICTORIA CHARITY WHITE (McBride, Joseph) (Entered: 12/13/2021) |
| 01/04/2022 | 31 | Unopposed MOTION for Disclosure *of Items Protected by Fed. R. Crim. P. 6(e) and Sealed Materials* by USA as to VICTORIA CHARITY WHITE. (Amore, Christopher) (Entered: 01/04/2022) |
| 01/04/2022 | | MINUTE ORDER: Upon consideration of 31 the United States' unopposed motion for discovery of 6(e) documents and sealed materials, and the entire record herein, the motion is hereby GRANTED; it is further ORDERED that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e); it is further ORDERED that the United States may provide in discovery sealed materials pursuant to 11 the protective order governing discovery in this case; and it is further ORDERED that the present order will also apply to disclosures to any co-defendants who may be joined at a later date. SO ORDERED. Signed by Judge John D. Bates on 1/4/2022. (lcjdb3) (Entered: 01/04/2022) |
| 01/26/2022 | 32 | SUPERSEDING INDICTMENT as to VICTORIA CHARITY WHITE (1) count(s) 1s, 2s, 3s, 4s. (zstd) (Entered: 01/26/2022) |
| 02/10/2022 | 34 | STATUS REPORT *Regarding Discovery as of February 9, 2022* by USA as to VICTORIA CHARITY WHITE (Amore, Christopher) (Entered: 02/10/2022) |
| 02/16/2022 | | Minute Entry: Status Conference/Arraignment as to VICTORIA CHARITY WHITE held on 2/16/2022 before Judge John D. Bates on Counts 1s,2s,3s and 4s: Plea of NOT GUILTY entered as to VICTORIA CHARITY WHITE as to all counts. Parties discussed discovery. Status Conference set for 4/18/2022 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 02/16/2022 and 04/18/2022 shall be excluded from the speedy trial calculation. Defendant remains on release. Court Reporter: Bryan Wayne; Defense Attorney: Joseph McBride; US Attorney: Christopher Amore. (tb) (Entered: |

| | | |
|---|---|---|
| | | 02/17/2022) |
| 04/18/2022 | | Minute Entry: Status Conference as to VICTORIA CHARITY WHITE held on 4/18/2022 before Judge John D. Bates: Parties discussed discovery. Jury Trial set for 1/9/2023 at 09:30 AM in Courtroom 30A- In Person before Judge John D. Bates. Status Conference set for 6/22/2022 at 10:00 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 04/18/2022 and 06/22/2022 shall be excluded from the speedy trial calculation. Court Reporter: Bryan Wayne; Defense Attorney: Joseph McBride; US Attorney: Christopher Amore. (tb) (Entered: 04/18/2022) |
| 06/21/2022 | 38 | MOTION to Withdraw as Attorney by Joseph D. McBride. by VICTORIA CHARITY WHITE. (McBride, Joseph) (Entered: 06/21/2022) |
| 06/22/2022 | | Minute Entry: Status Conference as to VICTORIA CHARITY WHITE held on 6/22/2022 before Judge John D. Bates. Parties discussed the 38 Motion to Withdraw as Counsel for Defendant. The Court will have the Office of the Public Defender contact the Defendant to discuss proceeding pro se. Video Status Conference set for 7/8/2022 at 12:30 PM (Eastern Time Zone) in Telephonic/VTC before Judge John D. Bates. The Court finds it is in the interest of justice (XT) that the time between 6/22/2022 and 7/8/2022 shall be excluded from the speedy trial calculation. Defendant remains on release. Court Reporter: William P. Zaremba; Defense Attorney: Joseph McBride; US Attorney: Christopher Amore; (jth) (Entered: 06/22/2022) |
| 07/08/2022 | | Minute Entry: Status Conference as to VICTORIA CHARITY WHITE held on 7/8/2022 before Judge John D. Bates. The 38 Motion of Attorney Joseph McBride to Withdraw as Counsel for Defendant VICTORIA CHARITY WHITE is GRANTED. The appearance of attorney Joseph Mcbride is terminated. Defendant will proceed Pro Se and the Court will appoint Stand-by Counsel to Assist the Defendant. Jury Trial remains set for 1/9/2023. Another Video Status Conference is set for 10/14/2022 at 11:00 AM before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 7/8/2022 and 10/14/2022 shall be excluded from the speedy trial calculation. Defendant remains on release; Court Reporter: Janice Dickman; Defense Attorney: Joseph McBride; US Attorney: Christopher Amore. (jth) (Entered: 07/11/2022) |
| 07/14/2022 | 40 | TRANSCRIPT OF STATUS HEARING VIA ZOOM PROCEEDINGS in case as to VICTORIA CHARITY WHITE before Judge John D. Bates held on June 22, 2022; Page Numbers: 1-22. Date of Issuance: July 14, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354-3249. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 8/4/2022. Redacted Transcript Deadline set for 8/14/2022. Release of Transcript Restriction set for 10/12/2022.(wz) (Entered: 07/14/2022) |
| 10/07/2022 | 41 | MOTION Colloquy and Appointment of Standby Counsel by USA as to VICTORIA CHARITY WHITE. (Attachments: # 1 Declaration of Thomas A. Dibiase, # 2 Exhibit to Declaration)(Amore, Christopher) (Entered: 10/07/2022) |
| 10/07/2022 | 42 | MOTION of Appointment of Standby Counsel by USA as to VICTORIA CHARITY WHITE. (See Docket Entry 41 to View Document). (zhsj) (Entered: 10/10/2022) |
| 10/14/2022 | | Minute Entry for Video Status Conference held on 10/14/2022 before Judge John D. Bates as to VICTORIA CHARITY WHITE: Parties discussed issues regarding discovery access and appointment of stand-by counsel for Defendant. Order forthcoming from Chambers. Speedy Trial Excludable (XT) started 10/14/2022 until 1/9/2023, in the interest of justice. Bond Status of Defendant: Continued on Personal Recognizance Bond/Appeared by Video. US Attorney: Christopher Amore. Defense Attorney: N/A - Defendant appearing Pro Se. Court Reporter: Nancy Meyer. (zsmc) (Entered: 10/14/2022) |
| 10/17/2022 | 44 | SCHEDULING ORDER. See text of Order for details. Signed by Judge John D. Bates on 10/17/2022. (lcjdb3) (Entered: 10/17/2022) |
| 10/17/2022 | 45 | ORDER granting 41 government's motion to appoint standby counsel. See text of Order for details. Signed by Judge John D. Bates on 10/17/2022. (lcjdb3) (Entered: 10/17/2022) |
| 10/18/2022 | 46 | NOTICE OF ATTORNEY APPEARANCE: Nicole Ann Cubbage appearing for VICTORIA CHARITY WHITE *as standby counsel* (Cubbage, Nicole) (Entered: 10/18/2022) |
| 10/19/2022 | | Set/Reset Deadlines as to VICTORIA CHARITY WHITE: Motion in Limine due by 11/30/2022. Proposed Voir Dire due by 12/7/2022. Proposed Jury Instructions due by 12/7/2022. Responses due by 12/9/2022 Replies due by 12/15/2022. (tb) (Entered: 10/19/2022) |
| 10/31/2022 | 47 | Unopposed MOTION for Hearing *re: Case Status* by VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order)(Cubbage, Nicole) (Entered: 10/31/2022) |
| 11/01/2022 | | Set/Reset Hearings as to VICTORIA CHARITY WHITE:Status Conference set for 11/2/2022 at 01:00 PM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 11/01/2022) |
| 11/01/2022 | 48 | NOTICE OF ATTORNEY APPEARANCE Allison Kim Ethen appearing for USA. (Ethen, Allison) (Entered: 11/01/2022) |

| 11/02/2022 | | Minute Entry: Status Conference as to VICTORIA CHARITY WHITE held on 11/2/2022 before Judge John D. Bates: Excludable started as to VICTORIA CHARITY WHITE: Court appoints Nicole Cubbage to represent the defendant in this matter. Parties discussed posture of case. Motions due by 1/24/2023. Responses due by 2/6/2023. Replies due by 2/13/2023. Jury Trial reset for 5/8/2023 at 09:30 AM in Courtroom 30A- In Person before Judge John D. Bates. Status Conference set for 1/13/2023 at 09:30 AM in Telephonic/VTC before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 11/2/2022 and 05/08/2023 shall be excluded from the speedy trial calculation. Defendant remains on release. Court Reporter: Lisa Griffith; Defense Attorney: Nicole Cubbage; US Attorney: Christopher Amore. (tb) (Entered: 11/07/2022) |
| 11/17/2022 | 49 | ENTERED IN ERROR.....NOTICE *of Defendant's Acceptance of Protective Order* by USA as to VICTORIA CHARITY WHITE re 11 Order on Motion for Protective Order. (Amore, Christopher) Modified on 11/18/2022 (zhsj). (Entered: 11/17/2022) |
| 11/17/2022 | | NOTICE OF ERROR as to VICTORIA CHARITY WHITE regarding 49 Notice (Other). The following error(s) need correction: Incorrect format (Letter)-correspondence is not permitted (LCrR 49(f)(4)). Please refile. (zhsj) (Entered: 11/18/2022) |
| 12/21/2022 | | MINUTE ORDER: Upon consideration of 50 the pretrial violation report, and the entire record herein, it is hereby ORDERED that the U.S. Probation Office shall file an update on the status of defendant's criminal charge(s) described in the violation report by not later than January 4, 2023; and it is further ORDERED that the government and defendant shall file a joint update on said charges and any proposed action by the Court by not later than January 6, 2023. SO ORDERED. Signed by Judge John D. Bates on 12/21/2022. (lcjdb3) (Entered: 12/21/2022) |
| 12/26/2022 | | Set/Reset Deadlines as to VICTORIA CHARITY WHITE: The U.S. Probation Office shall file an update on the status of defendant's criminal charge(s) described in the violation report by not later than 1/4/2023. The government and defendant shall file a joint update on said charges and any proposed action by the Court by 1/6/2023. (jth) (Entered: 12/26/2022) |
| 01/05/2023 | 52 | Joint STATUS REPORT by USA as to VICTORIA CHARITY WHITE (Amore, Christopher) (Entered: 01/05/2023) |
| 01/13/2023 | | Minute Entry: Status Conference as to VICTORIA CHARITY WHITE held on 1/13/2023l before Judge John D. Bates: Parties discussed possible disposition. Defendant's conditions of release are hereby modified to include the prohibited use of alcohol. Plea Agreement Hearing set for 2/10/2023 at 11:30 AM in Courtroom 30A- In Person before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 01/13/23 and 02/10/23 shall be excluded from the speedy trial calculation. Defendant remains on release. Court Reporter: Stacy Heavenridge, Defense Attorney: Nicole Cubbage; US Attorney: Christopher Amore. (tb) Modified on 1/18/2023 (tb). (Entered: 01/18/2023) |
| 02/08/2023 | | Set/Reset Hearings as to VICTORIA CHARITY WHITE:Status Conference set for 2/10/2023 at 11:30 AM in Courtroom 30A- In Person before Judge John D. Bates. (tb) (Entered: 02/08/2023) |
| 02/10/2023 | 54 | PRETRIAL SCHEDULING ORDER. See text of Order for details. Signed by Judge John D. Bates on 2/10/2023. (lcjdb3) (Entered: 02/10/2023) |

| | | |
|---|---|---|
| 02/10/2023 | | MINUTE ORDER: Upon consideration of 53 the pretrial violation report, the discussion at the February 10, 2023 status conference, and the entire record herein, it is hereby ORDERED that Victoria White's conditions of release are modified to include: (1) White shall notify PSA of any activities other than court attendance and meeting with counsel and PSA while in Washington, D.C., and (2) White shall stay away from the Capitol building, including the Congressional office buildings, unless she requests and receives consent from PSA. All other conditions of release in 8 the order setting conditions of release shall remain in effect. SO ORDERED. Signed by Judge John D. Bates on 2/10/2023. (lcjdb3) (Entered: 02/10/2023) |
| 02/10/2023 | | Minute Entry for proceedings held before Judge John D. Bates: Status Conference as to VICTORIA CHARITY WHITE held on 2/10/2023. parties discussed pretrial scheduling order to be issued by the Court. Jury Trial remains set for 5/8/2023 at 9:30 AM in Courtroom 30A- In Person before Judge John D. Bates. Pretrial Conference set for 4/28/2023 at 2:00 PM in Courtroom 30A- In Person before Judge John D. Bates. Defendant's Conditions of Release are modified to include: (1) White shall notify PSA of any activities other than court attendance and meeting with counsel and PSA while in Washington, D.C., and (2) White shall stay away from the Capitol building, including the Congressional office buildings, unless she requests and receives consent from PSA. All other conditions in 8 the order setting conditions of release shall remain in effect. Defendant remains on release; Court Reporter: Jeff Hook; Defense Attorney: Nicole Cubbage; US Attorneys: Christopher Amore and Allison Ethen; Pretrial Officer: Da'Shanta' Valentine-Lewis. (jth) (Entered: 02/10/2023) |
| 02/10/2023 | | Set/Reset Deadlines as to VICTORIA CHARITY WHITE: Jury Trial remains set for 5/8/2023 at 9:30 AM (In Person) in Courtroom 30A before Judge John D. Bates. Pretrial Conference is set for 4/28/2023 at 3:00 PM in Courtroom 30A before Judge John D. Bates. The defense shall file any motions by 2/24/2023; government responses are due by 3/17/2023; defense replies are due by 3/29/2023. The defense shall identify any expert(s) by 2/24/2023 and the government shall identify any expert(s) by 3/10/2023. Motions in Limine are due by 4/3/2023; responses are due by 4/12/2023; any replies are due by 4/19/2023. The parties shall file proposed voir dire and jury instructions by 4/21/2023; The parties shall file exhibit lists and the government shall file its witness list by 4/25/2023. (jth) (Entered: 02/10/2023) |
| 02/24/2023 | 55 | MOTION to Dismiss Count *One of the Indictment* by VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Demonstration Permit Bryan Lewis, # 3 Exhibit Demonstration Permit Jesus Lives, # 4 Exhibit Demonstration Permit One Nation Under God, # 5 Exhibit Demonstration Permit Rock Ministries International, # 6 Exhibit Demonstration Permit Virginia Freedom Keepers, # 7 Exhibit Demonstration Permit Women for a Great America)(Cubbage, Nicole) (Entered: 02/24/2023) |
| 02/24/2023 | 56 | MOTION to Dismiss Count *Two and Three of the Indictment* by VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order)(Cubbage, Nicole) (Entered: 02/24/2023) |
| 02/24/2023 | 57 | MOTION for Leave to Appear by Telephone *or Video for Pretrial Conference* by VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order)(Cubbage, Nicole) (Entered: 02/24/2023) |
| 02/24/2023 | 58 | MOTION to Change Venue by VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Cubbage, Nicole) (Entered: |

| | | |
|---|---|---|
| | | 02/24/2023) |
| 02/24/2023 | | MINUTE ORDER: Upon consideration of 57 defendant Victoria Charity White's motion to appear remotely, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that White may appear via Zoom at the April 28, 2023 pretrial conference. All other parties are expected to appear in person. SO ORDERED. Signed by Judge John D. Bates on 2/24/2023. (lcjdb3) (Entered: 02/24/2023) |
| 02/24/2023 | 59 | NOTICE *of Intent to Introduce Expert Evidence* by VICTORIA CHARITY WHITE (Cubbage, Nicole) (Entered: 02/24/2023) |
| 03/01/2023 | 60 | MOTION to Withdraw as Attorney by Nicole Cubbage. by VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order)(Cubbage, Nicole) (Entered: 03/01/2023) |
| 03/02/2023 | | MINUTE ORDER: Upon consideration of 60 the motion to withdraw as attorney, and the entire record herein, it is hereby ORDERED that a status conference is scheduled for 1:00 p.m. on March 3, 2023 by Zoom; it is further ORDERED that all parties, including defendant Victoria White, appear at the conference; and it is further ORDERED that White's attorney inform her of her obligation to appear. SO ORDERED. Signed by Judge John D. Bates on 3/2/2023. (lcjdb3) (Entered: 03/02/2023) |
| 03/02/2023 | | Set/Reset Hearings as to VICTORIA CHARITY WHITE:Status Conference set for 3/3/2023 at 01:00 PM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 03/02/2023) |
| 03/03/2023 | 61 | TRANSCRIPT OF STATUS CONFERENCE in case as to VICTORIA CHARITY WHITE before Judge John D. Bates held on February 10, 2023. Page Numbers: 1 - 27. Date of Issuance: March 3, 2023. Court Reporter: Jeff Hook. Telephone number: 202-354-3373. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/24/2023. Redacted Transcript Deadline set for 4/3/2023. Release of Transcript Restriction set for 6/1/2023.(Hook, Jeff) (Entered: 03/03/2023) |
| 03/03/2023 | | Minute Entry: Status Conference as to VICTORIA CHARITY WHITE held on 3/3/2023 before Judge John D. Bates: Defendant discussed her desire to retain new counsel. Government can respond to motion for postponement of trial date at the hearing set for 3/22/2022. Status Conference set for 3/22/2023 at 11:00 AM in Telephonic/VTC before Judge John D. Bates. Defendant remains on release. Court Reporter: Sara Wick; Defense Attorney: Nicole Cubbage; US Attorney: Christopher |

| | | |
|---|---|---|
| | | Amore. (tb) (Entered: 03/03/2023) |
| 03/20/2023 | 62 | NOTICE OF ATTORNEY APPEARANCE: Edward L. Tarpley, Jr appearing for VICTORIA CHARITY WHITE (Tarpley, Edward) (Entered: 03/20/2023) |
| 03/22/2023 | | Minute Entry: Status Conference as to VICTORIA CHARITY WHITE held on 3/22/2023 before Judge John D. Bates. For the reasons stated on the record, the 60 Motion of Nicole Cubbage to Withdraw as Counsel for VICTORIA CHARITY WHITE was HEARD and GRANTED. The parties discussed a new trial schedule. Pretrial schedule is now as follows: Government Responses to existing Defense Motions are due by 4/21/2023; Any New Motions by Defendant along with any supplements to existing defense motions and replies to the government's oppositions are due by 5/19/2023; Government's opposition to any new motions and supplements by defendant are due by 6/9/2023; Defendant's Replies to any new motions are due by 6/23/2023. Regarding Rule 16 Identification of Experts the schedule is as follows: Government's expert submission is due by 5/19/2023; Defendant's Opposition is due by 6/9/2023; Government's Reply is due by 6/23/2023. Motions in Limine are due by 8/4/2023, Oppositions are due by 8/18/2023; Replies are due by 8/25/2023. A Video/Zoom Status Conference and possible Motions Hearing is set for 7/19/2023 at 11:00 AM in Telephonic/VTC before Judge John D. Bates. Defense Counsel requested if he could appear in person for the hearing on 7/19/2023, but was advised that he must notify the Court in advance. Proposed Voir Dire, and Proposed Jury Instructions are due by 8/29/2023. Video (VTC) Pretrial Conference set for 9/5/2023 at 2:00 PM in Telephonic/VTC before Judge John D. Bates. Jury Selection/Trial is set for 9/14/2023 at 9:30 AM in Courtroom 30A (In Person) before Judge John D. Bates. The Court finds in the interest of justice (XT) that the time between 3/22/2023 and 9/14/2023 shall be excluded from the speedy trial calculation. Defendant remains on release; Court Reporter: Elizabeth Saint-Loth; Defense Attorneys: Nicole Cubbage and Edward L. Tarpley, Jr.; US Attorneys: Christopher Amore and Allison Ethen. (jth) (Entered: 03/22/2023) |
| 03/22/2023 | 63 | PRETRIAL SCHEDULING ORDER as to VICTORIA CHARITY WHITE . See text of Order for details. Signed by Judge John D. Bates on 3/22/2023. (lcjdb3) Modified on 4/25/2023 (zcdw). (Entered: 03/22/2023) |
| 04/20/2023 | 64 | MOTION to Withdraw as Attorney by Edward L. Tarpley, Jr.. by VICTORIA CHARITY WHITE. (Attachments: # 1 Certificate of Service)(Tarpley, Edward) (Entered: 04/20/2023) |
| 04/20/2023 | | MINUTE ORDER: Upon consideration of 64 the motion to withdraw as attorney, and the entire record herein, it is hereby ORDERED that a status conference is scheduled for 9:00 a.m. ET on April 25, 2023 by Zoom; it is further ORDERED that all parties, including defendant Victoria White, appear at the conference; and it is further ORDERED that White's attorney inform her of her obligation to appear. SO ORDERED. Signed by Judge John D. Bates on 4/20/2023. (lcjdb3) (Entered: 04/20/2023) |
| 04/21/2023 | | Set/Reset Hearings as to VICTORIA CHARITY WHITE:Status Conference set for 4/25/2023 at 09:00 AM in Telephonic/VTC before Judge John D. Bates. (tb) (Entered: 04/21/2023) |
| 04/21/2023 | 65 | RESPONSE by USA as to VICTORIA CHARITY WHITE re 58 MOTION to Change Venue (Ethen, Allison) (Entered: 04/21/2023) |

| 04/21/2023 | 66 | RESPONSE by USA as to VICTORIA CHARITY WHITE re 55 MOTION to Dismiss Count *One of the Indictment* (Ethen, Allison) (Entered: 04/21/2023) |
|---|---|---|
| 04/21/2023 | 67 | RESPONSE by USA as to VICTORIA CHARITY WHITE re 56 MOTION to Dismiss Count *Two and Three of the Indictment* (Ethen, Allison) (Entered: 04/21/2023) |
| 04/25/2023 | | Minute Entry: Status Conference as to VICTORIA CHARITY WHITE held on 4/25/2023 before Judge John D. Bates: In light of the filed 64 motion for withdrawal counsel and the defendant's oral request for new counsel. The Court will refer this matter to the Federal Public Defender for consideration and qualification for an appointment of counsel. Mr. Tarpley will remain as counsel for the defendant until and if new counsel is assigned to this case. Defendant remains on release. Court Reporter: Bryan Wayne; Defense Attorneys: Nicole Cubbage and Edward L. Tarpley, Jr.; US Attorneys: Christopher Amore and Allison Ethen. (tb) (Entered: 04/26/2023) |
| 04/26/2023 | 68 | NOTICE OF ATTORNEY APPEARANCE: Brad Hansen appearing for VICTORIA CHARITY WHITE (Hansen, Brad) (Main Document 68 replaced on 4/27/2023) (zhsj). (Entered: 04/26/2023) |
| 05/01/2023 | 69 | NOTICE OF ATTORNEY APPEARANCE: Zachary D. Crowdes appearing for VICTORIA CHARITY WHITE (Crowdes, Zachary) (Entered: 05/01/2023) |
| 05/08/2023 | | MINUTE ORDER: Upon consideration of 64 Edward Tarpley Jr.'s motion to withdraw as counsel for defendant, and the entire record herein, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Mr. Tarpley's appearance in this case is terminated. SO ORDERED. Signed by Judge John D. Bates on 5/8/2023. (lcjdb3) (Entered: 05/08/2023) |
| 05/16/2023 | 70 | Unopposed MOTION to Amend/Correct *Scheduling Order* by USA as to VICTORIA CHARITY WHITE. (Amore, Christopher) (Entered: 05/16/2023) |
| 05/17/2023 | 71 | NOTICE *Re Expert* by VICTORIA CHARITY WHITE re 59 Notice (Other) (Hansen, Brad) (Entered: 05/17/2023) |
| 05/19/2023 | 72 | NOTICE *Regarding Defendant's Pretrial Motions* by VICTORIA CHARITY WHITE (Hansen, Brad) (Entered: 05/19/2023) |
| 05/23/2023 | 73 | Unopposed MOTION for Rule *FOR EARLY RETURN OF TRIAL SUBPOENA PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c)* by USA as to VICTORIA CHARITY WHITE. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Attachment)(Ethen, Allison) (Entered: 05/23/2023) |
| 05/30/2023 | 74 | ORDER granting 73 the government's unopposed motion for Rule 17(c) subpoena. See text of Order for details. Signed by Judge John D. Bates on 5/20/2023. (lcjdb3) (Entered: 05/30/2023) |
| 06/29/2023 | 75 | ORDER denying defendant's 55 motion to dismiss Count One; 56 motion to dismiss Counts Two and Three; and 58 motion to transfer venue. See text of Order for details. Signed by Judge John D. Bates on 6/29/2023. (lcjdb3) (Entered: 06/29/2023) |
| 06/30/2023 | 76 | TRANSCRIPT OF PROCEEDINGS, in case as to VICTORIA CHARITY WHITE, before Judge John D. Bates, held on 3-22-2023. Page Numbers: 1 - 33. Date of Issuance: 6-30-2023. Court Reporter: Elizabeth Saint-Loth, Telephone number: 202-354-3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse |

| | | |
|---|---|---|
| | | at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/21/2023. Redacted Transcript Deadline set for 7/31/2023. Release of Transcript Restriction set for 9/28/2023.(Saint-Loth, Elizabeth) (Entered: 06/30/2023) |
| 07/19/2023 | | Minute Entry for Status Conference as to VICTORIA CHARITY WHITE held before Judge John D. Bates on 7/19/2023 by videoconference :The hearings and deadlines previously scheduled remain as indicated: Pretrial Conference set for 9/5/2023 at 2:00 PM before Judge John D. Bates by videoconference; Jury Trial set for 9/14/2023 at 9:30 AM in Courtroom 30A before Judge John D. Bates; proposed voir dire and jury instructions due by 8/29/2023; motions in limine due 8/4/2023; responses in opposition to motions in limine due 8/18/2023; replies in support of motions in limine due 8/25/2023. Bond Status of Defendant: Defendant continued on PR. Court Reporter: Stacy Heavenridge. Defense Attorneys: Brad Hansen and Zachary Crowdes; U.S. Attorney: Allison Ethen. (kk) (Entered: 07/21/2023) |
| 08/03/2023 | [77](#) | NOTICE OF ATTORNEY APPEARANCE Shalin Nohria appearing for USA. (Nohria, Shalin) (Entered: 08/03/2023) |
| 08/04/2023 | [78](#) | MOTION in Limine *containing the Government's omnibus request* by USA as to VICTORIA CHARITY WHITE. (Ethen, Allison) (Entered: 08/04/2023) |
| 08/08/2023 | | Set/Reset Deadlines/Hearings as to VICTORIA CHARITY WHITE: A Plea Agreement Hearing is set for 8/17/2023 at 3:00 PM in Courtroom 30A in person before Judge John D. Bates. The parties must transmit copies of the plea paperwork to the Court's Deputy Clerk by Close of Business (5:00 PM) on 8/15/2023. (jth) (Entered: 08/08/2023) |
| 08/09/2023 | | Set/Reset Deadline as to VICTORIA CHARITY WHITE: To allow the Court sufficient time to be prepared for the hearing, the parties must now transmit copies of the plea paperwork to the Court's Deputy Clerk by 12:00 PM (noon) on 8/15/2023. (jth) (Entered: 08/09/2023) |
| 08/17/2023 | | Minute Entry for Plea Agreement Hearing as to VICTORIA CHARITY WHITE held before Judge John D. Bates on 8/17/2023 : Defendant found competent to enter a plea. Waiver of Trial by Jury approved by the Court. Plea of Not Guilty to Count 1s Withdrawn by VICTORIA CHARITY WHITE and Plea of Guilty entered to Count 1s. Defendant's plea of guilty accepted by the Court. Case referred to the Probation Office for a Presentence Investigation Report as to VICTORIA CHARITY WHITE. Sentencing set for 11/20/2023 at 2:00 PM before Judge John D. Bates in Courtroom 30A - In Person. Sentencing Memoranda due by 11/14/2023. Bond Status of Defendant: Defendant continued on PR bond. Court Reporter: Bryan Wayne. Defense Attorney: Brad Hansen; U.S. Attorney: Michael Jones (standing in for Allison Ethen and Shalin Nohria). (kk) (Entered: 08/17/2023) |

| 08/17/2023 | 80 | WAIVER OF TRIAL BY JURY as to Defendant VICTORIA CHARITY WHITE; approved by Judge John D. Bates on 8/17/2023. (kk) (Entered: 08/17/2023) |
|---|---|---|
| 08/17/2023 | 81 | PLEA AGREEMENT as to Defendant VICTORIA CHARITY WHITE. (kk) (Entered: 08/17/2023) |
| 08/17/2023 | 82 | STATEMENT OF OFFENSE by USA and Defendant VICTORIA CHARITY WHITE. (kk) (Entered: 08/17/2023) |
| 11/14/2023 | 88 | SENTENCING MEMORANDUM by VICTORIA CHARITY WHITE (Attachments: # 1 Memorandum in Support of Sentencing Memo)(Crowdes, Zachary) (Entered: 11/14/2023) |
| 11/14/2023 | 89 | SENTENCING MEMORANDUM by USA as to VICTORIA CHARITY WHITE (Ethen, Allison) (Entered: 11/14/2023) |
| 11/20/2023 | | Minute Entry for proceeding held on 11/20/2023 before Judge John D. Bates: Sentencing as to VICTORIA CHARITY WHITE on Count 1s. Defendant is sentenced to eight days of incarceration on Count 1s, to be served on weekends. Followed by two years of supervised release. $100 special assessment. All remaining Counts were dismissed on Government's oral motion. Defendant is allowed to self-surrender. Bond Status of Defendant: Continued on Personal Recognizance Bond; Defense Attorney: Zachary D. Crowdes; US Attorney: Allison Kim Ethen; Prob Officer: Robert Walters; Court Reporter: Bryan Wayne. (zed) (Entered: 11/21/2023) |
| 11/22/2023 | 91 | ORDER AMENDING SENTENCE. Signed by Judge John D. Bates on 11/22/2023. (lcjdb3) (Entered: 11/22/2023) |
| 11/22/2023 | 92 | JUDGMENT as to VICTORIA CHARITY WHITE. Statement of Reasons Not Included. Signed by Judge John D. Bates on 11/22/2023. (zhsj) Modified on 12/7/2023 (zhsj). (Entered: 11/27/2023) |
| 11/22/2023 | 93 | STATEMENT OF REASONS as to VICTORIA CHARITY WHITE re 92 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge John D. Bates on 11/22/2023. (zhsj) (Main Document 93 replaced on 12/19/2023) (bb). (Entered: 11/27/2023) |
| 01/02/2024 | 96 | Probation Jurisdiction Transferred to U.S. District Court for the District of Minnesota as to VICTORIA CHARITY WHITE Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Ordered by Judge John D. Bates on 11/22/2023. (Attachments: # 1 Indictment, # 2 Judgment)(zltp) (Entered: 01/12/2024) |
| 01/02/2024 | | Notice to U.S. District Court for the District of Minnesota of a Transfer of Jurisdiction as to VICTORIA CHARITY WHITE. Your case number is: 0:23CR00365-001(NEB). The clerk will transmit any restricted document via email. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 92 Judgment, 32 Indictment, 96 Transfer Out/Probationer. (If you require certified copies of any documents, please send a request to DCD_CMECF_CR@DCD.USCOURTS.GOV. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (zltp) (Entered: 01/12/2024) |

| 01/08/2024 | 95 | TRANSCRIPT OF PROCEEDINGS in case as to VICTORIA CHARITY WHITE before Judge John D. Bates held on 03/03/2023. Page Numbers: 1-11. Date of Issuance:01/8/2024. Court Reporter: Sara Wick, telephone number 202-354-3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/29/2024. Redacted Transcript Deadline set for 2/8/2024. Release of Transcript Restriction set for 4/7/2024.(Wick, Sara) (Entered: 01/08/2024) |
| --- | --- | --- |